UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:12-CR-180-BLW |
| | ) | |
| Plaintiff, | ) | |
| | ) | **PRELIMINARY ORDER OF** |
| vs. | ) | **FORFEITURE** |
| | ) | |
| GARY E. NAGEL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

This matter having come before the Court on Plaintiff's Motion for

Preliminary Order of Forfeiture (ECF No. 169), and based upon the record and

filings herein, and the Rule 11 Plea Agreement of GARY E. NAGEL (filed under

seal), by which the defendant pled guilty to a violation of 21 U.S.C. §§ 841(a)(1),

(b)(1)(C) and 813, said plea providing for forfeiture of any and all property

constituting proceeds of his offense and all property used or intended to be used to

facilitate the commission of his offense, including any and all interests the defendant

possessed in the property set out below ("Subject Property"), and in the proceeds

from the sale of said Subject Property, all pursuant to 21 U.S.C. § 853(a)(1) and (2);

PRELIMINARY ORDER OF FORFEITURE - 1

NOW, THEREFORE, THE COURT ORDERS that the United States'

Motion for Preliminary Order of Forfeiture (docket no. 169) is GRANTED and the

defendant shall forfeit to the United States all property constituting proceeds of his

offense and all property used or intended to be used to facilitate the commission of

his offense, including but not limited to any and all interests the defendant possessed

in the Subject Property, and in the proceeds from the sale of said property, involved

in or used in commission of the defendant's violations of 21 U.S.C. §§ 841(a)(1),

(b)(1)(C) and 813.

**<u>Subject Property</u>**:

A.    <u>Real Property and Proceeds thereof:</u>    All right, title and interest in land

and appurtenances and improvements, including buildings and residences, and

proceeds of sale thereof, more fully described below:

1.    Proceeds in the approximate amount of $80,000 from the sale of

the real property located at 3295 Longbow Road, Twin Falls, Twin Falls

County, Idaho, being parcel number RPO84520010250, and more particularly

described as follows:

LOT 25 IN BLOCK 1 OF TERRACE GARDENS SUBDIVISION
PHASE 2 ACCORDING TO THE OFFICIAL PLAT THEREOF,
FILED IN BOOK 17 OF PLATS AT PAGE(S) 33, RECORDS OF
TWIN FALLS COUNTY, IDAHO.

PRELIMINARY ORDER OF FORFEITURE - 2

2.      All of that certain parcel of land located in Twin Falls County,

Idaho, being parcel number RPT3481004000K, and more particularly

described as:

PARCEL 1:

THE SOUTH 50 FEET OF THE WEST 130.7 FEET OF BLOCK 4,
ALSO REFERRED TO AS LOT 4, MOORMAN 1ST ADDITION,
TWIN FALLS COUNTY, IDAHO, ACCORDING TO THE
OFFICIAL PLAT THEREOF RECORDED IN BOOK 1 OF PLATS,
PAGE 35, RECORDS OF TWIN FALLS COUNTY, IDAHO.

EXCEPTING THEREFROM THE FOLLOWING DESCRIBED
PARCEL:

A PARCEL OF LAND FOR ROAD RIGHT-OF-WAY PURPOSES
BEING GENERALLY DESCRIBED AS THE WEST 5.690M (18.67
FEET) OF THE SOUTH 15.24M (50.00 FEET) THE WEST 39.837 M
(130.7 FEET), OF BLOCK 4, SAID MOORMAN 1ST ADDITION,
AND MORE SPECIFICALLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHWEST CORNER OF SECTION 9,
TOWNSHIP 10 SOUTH, RANGE 17 EAST, BOISE MERIDIAN,
SAID CORNER BEING AT PROJECT STATION 0+00.000M AND
LOCATED SOUTH 0°00'00" WEST 822.667M (2699.04 FEET)
FROM THE WEST QUARTER CORNER OF SAID SECTION 9 AT
PROJECT STATION 8+22.667M;

THENCE NORTH 0°00'00" EAST 325.737M (1068.69 FEET)
ALONG THE WEST BOUNDARY OF SECTION 9 AND THE
CENTERLINE OF WASHINGTON STREET NORTH TO
CENTERLINE STATION 3+25.737M;

THENCE ON A BEARING OF NORTH 89°34'37" EAST A
DISTANCE OF 7.62M (25.00 FEET) TO THE NORTHWEST

PRELIMINARY ORDER OF FORFEITURE - 3

CORNER OF SAID PARCEL AT CENTERLINE STATION
3+25.793M; 7.620M (25.00 FEET) RIGHT AND BEING THE REAL
POINT OF BEGINNING.

THENCE FROM THIS REAL POINT OF BEGINNING AND
ALONG THE NORTH BOUNDARY OF SAID PARCEL ON
BEARING OF NORTH 89°34'37" EAST A DISTANCE OF 5.690M
(18.67 FEET) TO THE CENTERLINE STATION 3+25.835M;
13.310M (43.67 FEET) RIGHT AND THE NEW EASTERLY
RIGHT-OF-WAY BOUNDARY OF WASHINGTON STREET
NORTH;

THENCE ALONG THE NEW EASTERLY RIGHT-OF-WAY OF
WASHINGTON STREET NORTH ON A BEARING OF SOUTH
0°00'00" WEST A DISTANCE OF 15.240M (50.00 FEET) TO THE
SOUTHERLY BOUNDARY OF SAID PARCEL AT CENTERLINE
STATION 3+10.595M; 13.310M (43.67 FEET) RIGHT;

THENCE ALONG THE SOUTHERLY BOUNDARY OF SAID
PARCEL ON A BEARING OF SOUTH 89°34'37" WEST A
DISTANCE OF 5.690 M (18.67 FEET) TO THE SOUTHWEST
CORNER OF SAID PARCEL AT CENTERLINE STATION
3+10.553M; 7.620M (25.00 FEET) RIGHT;

THENCE ALONG THE WESTERLY BOUNDARY OF SAID
PARCEL ON A BEARING NORTH 0°00'00" EAST A DISTANCE
OF 15.240 M (50.00 FEET) TO THE REAL POINT OF BEGINNING.

PARCEL 3:

THE NORTH 50 FEET OF THE SOUTH 100 FEET OF THE WEST
130.7 FEET OF BLOCK 4, ALSO REFERRED TO AS LOT 4,
MOORMAN 1ST ADDITION, TWIN FALLS COUNTY, IDAHO,
ACCORDING TO THE OFFICIAL PLAT THEREOF RECORDED
IN BOOK 1 OF PLATS, PAGE 35, RECORDS OF TWIN FALLS
COUNTY, IDAHO.

PRELIMINARY ORDER OF FORFEITURE - 4

EXCEPTING THEREFROM THE FOLLOWING PARCEL:

A PARCEL OF LAND FOR ROAD RIGHT-OF-WAY PURPOSES BEING GENERALLY DESCRIBED AS THE WEST 5.690M (18.67 FEET) OF THE NORTH 15.240M (50.00 FEET) OF THE SOUTH 30.480M (100.00 FEET) OF THE WEST 39.837M (130.7 FEET) OF BLOCK 4, SAID MOORMAN 1ST ADDITION, AND BEING MORE SPECIFICALLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHWEST CORNER OF SECTION 9, TOWNSHIP 10 SOUTH, RANGE 17 EAST, BOISE MERIDIAN, SAID CORNER BEING AT PROJECT STATION 0+00.00M AND LOCATED SOUTH 0º00'00" WEST, 822.667M (2699.04 FEET) FROM THE WEST QUARTER CORNER AT PROJECT STATION 8+22.67M OF SAID SECTION 9; THENCE ON A BEARING OF NORTH 0º00'00" EAST A DISTANCE OF 340.977M (1118.69 FEET) ALONG THE WEST BOUNDARY OF SECTION 9 AND THE CENTERLINE OF WASHINGTON STREET NORTH TO CENTERLINE STATION 3+40.977M; THENCE ON A BEARING OF NORTH 89º34'37" EAST A DISTANCE OF 7.620M (25.00 FEET) TO THE NORTHWEST CORNER OF SAID PARCEL AT THE CENTERLINE STATION 3+41.033M; 7.620M (25.00 FEET) RIGHT AND BEING THE REAL POINT OF BEGINNING;

THENCE FROM THIS REAL POINT OF BEGINNING AND ALONG THE NORTH BOUNDARY OF SAID PARCEL ON BEARING OF NORTH 89º34'37" EAST A DISTANCE OF 5.690M (18.67 FEET) TO CENTERLINE STATION 3+41.075M; 13.310M (43.67 FEET) RIGHT AND THE NEW EASTERLY RIGHT-OF-WAY BOUNDARY OF WASHINGTON STREET NORTH;

THENCE ALONG THE NEW EASTERLY RIGHT-OF-WAY OF WASHINGTON STREET NORTH ON A BEARING OF SOUTH 0º00'00" WEST A DISTANCE OF 15.240M (50.00 FEET) TO THE SOUTHERLY BOUNDARY OF SAID PARCEL AT CENTERLINE STATION 3+25.835M; 13.310M (43.67 FEET) RIGHT;

PRELIMINARY ORDER OF FORFEITURE - 5

THENCE ALONG THE SOUTHERLY BOUNDARY OF SAID PARCEL ON A BEARING OF SOUTH 89º34'37" WEST A DISTANCE OF 5.690M (18.67 FEET) TO THE SOUTHWEST CORNER OF SAID PARCEL AT CENTERLINE STATION 3+25.793M; 7.620M (25.00 FEET) RIGHT;

THENCE ALONG THE WESTERLY BOUNDARY OF SAID PARCEL ON A BEARING OF NORTH 0º00'00" EAST A DISTANCE OF 15.240M (50.00 FEET) TO THE REAL POINT OF BEGINNING.

PARCEL 4:

THE NORTH 50 FEET OF THE SOUTH 150 FEET OF THE WEST 130.7 FEET OF BLOCK 4, ALSO REFERRED TO AS LOT 4, MOORMAN 1ST ADDITION, TWIN FALLS COUNTY, IDAHO, ACCORDING TO THE OFFICIAL PLAT THEREOF RECORDED IN BOOK 1 OF PLATS, PAGE 35, RECORDS OF TWIN FALLS COUNTY, IDAHO.

EXCEPTING THEREFROM THE FOLLOWING PARCEL:

A PARCEL OF LAND FOR ROAD RIGHT-OF-WAY PURPOSES BEING GENERALLY DESCRIBED AS AN IRREGULAR PARCEL ADJACENT TO AND ALONG THE WEST BOUNDARY OF THE NORTH 12.240M (50.00 FEET) OF THE SOUTH 45.720M (150.00 FEET) OF THE WEST 39.837M (130.7 FEET) OF BLOCK 4 OF SAID MOORMAN 1ST ADDITION, AND BEING MORE SPECIFICALLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHWEST CORNER OF SECTION 9, TOWNSHIP 10 SOUTH, RANGE 17 EAST, BOISE MERIDIAN, SAID CORNER BEING AT PROJECT STATION 0+00.000M AND LOCATED SOUTH 0º00'00" WEST 822.667M (2699.04 FEET) FROM THE WEST QUARTER CORNER AT PROJECT STATION 8+22.667M OF SAID SECTION 9;

PRELIMINARY ORDER OF FORFEITURE - 6

THENCE ON A BEARING OF NORTH 0º00'00" EAST A DISTANCE OF 356.21M (1168.69 FEET) ALONG THE WEST BOUNDARY OF SECTION 9 AND THE CENTERLINE OF WASHINGTON STREET NORTH TO CENTERLINE STATION 3+56.217M;

THENCE ON A BEARING OF 89º34'37" EAST A DISTANCE OF 7.620M (25.00 FEET) TO THE NORTHWEST CORNER OF SAID PARCEL AT CENTERLINE STATION 3+56.273M; 7.620M (25.00 FEET) RIGHT AND BEING THE REAL POINT OF BEGINNING;

THENCE FROM THIS REAL POINT OF BEGINNING AND ALONG THE NORTH BOUNDARY OF SAID PARCEL ON BEARING OF NORTH 89º34'37" EAST A DISTANCE OF 6.436M (21.12 FEET) TO CENTERLINE SECTION 3+56.320M; 14.056M (46.12 FEET) RIGHT AND THE NEW EASTERLY RIGHT-OF-WAY BOUNDARY OF WASHINGTON STATE NORTH;

THENCE ALONG THE NEW EASTERLY RIGHT-OF-WAY OF WASHINGTON STREET NORTH ON A BEARING OF SOUTH 3º03'09" WEST A DISTANCE OF 14.004M (45.95 FEET) AT CENTERLINE STATION 3+42.336M 13.310M (43.67 FEET) RIGHT;

THENCE CONTINUING ALONG THE NEW EASTERLY RIGHT-OF-WAY OF WASHINGTON STREET NORTH ON A BEARING OF SOUTH 0º00'00" WEST A DISTANCE OF 1.261M (4.14 FEET) TO THE SOUTHERLY BOUNDARY OF SAID PARCEL AT CENTERLINE STATION 3+41.075M; 13.310M (43.67 FEET) RIGHT;

THENCE ALONG THE SOUTHERLY BOUNDARY OF SAID PARCEL ON A BEARING OF SOUTH 89º34'37" WEST A DISTANCE OF 5.690M (18.67 FEET) TO THE SOUTHWEST CORNER OF SAID PARCEL AT CENTERLINE STATION

PRELIMINARY ORDER OF FORFEITURE - 7

3+41.033M; 7.620M (25.00 FEET) RIGHT;

THENCE ALONG THE WESTERLY BOUNDARY OF SAID
PARCEL ON A BEARING OF NORTH 0º00'00" EAST A
DISTANCE OF 15.240M (50.00 FEET) TO THE REAL POINT OF
BEGINNING.

TO HAVE AND TO HOLD THE SAID PREMISES, WITH THEIR
APPURTANANCE UNTO THE SAID GRANTEE AND THE
GRANTEE'S HEIRS AND ASSIGNS FOREVER.   AND THE SAID
GRANTOR DOES HEREBY COVENANT TO AND WITH THE
SAID GRANTEE, THAT THE GRANTOR IS THE OWNER IN FEE
SIMPLE OF SAID PREMISES; THAT THEY ARE FREE FROM
ALL ENCUMBRANCES EXCEPT AS DESCRIBED ABOVE; AND
THAT GRANTOR WILL WARRANT AND DEFEND THE SAME
FROM ALL LAWFUL CLAIMS WHATSOEVER.

3.    All of that certain parcel of land located at 246 W. Washington

Street N., Twin Falls, Twin Falls County, Idaho, being parcel number

RPT4741002007B, and more particularly described as:

LOT 7, BLOCK 2, SCHURGER'S SUBDIVISION, TWIN FALLS
COUNTY, IDAHO, ACCORDING TO THE OFFICIAL PLAT
THEREOF RECORDED IN BOOK 4 OF PLATS, PAGE 17,
RECORDS OF TWIN FALLS COUNTY, IDAHO.

EXCEPTING THEREFROM THE FOLLOWING PARCEL:

A PARCEL OF LAND FOR ROAD RIGHT-OF-WAY PURPOSES
BEING GENERALLY DESCRIBED AS THE WEST 4.166M (13.67
FEET) OF LOT 7, BLOCK 2, SAID SCHURGER'S SUBDIVISION,
AND BEING MORE SPECIFICALLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHWEST CORNER OF SECTION 9,
TOWNSHIP 10 SOUTH, RANGE 17 EAST, BOISE MERIDIAN,

SAID CORNER BEING AT PROJECT STATION 0+00.000M AND LOCATED SOUTH 0°00'00" WEST 822.667M (2699.04 FEET) FROM THE WEST QUARTER CORNER OF SAID SECTION 9 AT PROJECT STATION 8-22.667M;

THENCE ON A BEARING OF NORTH 0º00'00" EAST A DISTANCE OF 310.497M (1018.69 FEET) ALONG THE WEST BOUNDARY OF SECTION 9 AND THE CENTERLINE OF WASHINGTON STREET NORTH TO CENTERLINE STATION 3+10.497M;

THENCE ON A BEARING OF NORTH 89º34'37" EAST, A DISTANCE OF 9.144M (30.00 FEET) TO THE NORTHWEST CORNER OF SAID LOT 7, BLOCK 2, AT CENTERLINE STATION 3+10.564M; 9.144M (30.00 FEET) RIGHT AND BEING THE REAL POINT OF BEGINNING;

THENCE FROM THIS REAL POINT OF BEGINNING AND ALONG THE NORTH BOUNDARY OF SAID LOT 7 ON BEARING OF NORTH 89º34'37" EAST A DISTANCE OF 4.166M (13.67 FEET) TO CENTERLINE STATION 3+10.595M; 13.310M (43.67 FEET) RIGHT AND THE NEW EASTERLY RIGHT-OF-WAY BOUNDARY OF WASHINGTON STREET NORTH;

THENCE ALONG THE NEW EASTERLY RIGHT-OF-WAY OF WASHINGTON STREET NORTH ON A BEARING OF SOUTH 0º00'00" WEST A DISTANCE OF 15.240M (50.00 FEET) TO THE SOUTHERLY BOUNDARY OF SAID LOT 7 AT CENTERLINE STATION 2+95.355M; 13.310M (43.67 FEET) RIGHT;

THENCE ALONG THE SOUTHERLY BOUNDARY OF SAID LOT 7 ON A BEARING OF SOUTH 89º34'37" WEST A DISTANCE OF 4.166M (13.67 FEET) TO THE SOUTHWEST CORNER OF SAID LOT 7 AT CENTERLINE STATION 2+95.324M; 9.144 M (30.00 FEET) RIGHT;

PRELIMINARY ORDER OF FORFEITURE - 9

THENCE ALONG THE WESTERLY BOUNDARY OF SAID LOT 7
ON A BEARING OF NORTH 0º 00'00" EAST A DISTANCE OF
15.240M (50.00 FEET) TO THE REAL POINT OF BEGINNING.

4.      Proceeds in the approximately amount of $4,500.00 from the

sale of the real property located at 1440 Blue Lakes Blvd., Twin Falls, Twin

Falls County, Idaho, being parcel number RPT4281001001A, and more

particularly described as:

LOTS 1 AND 2 AND THE WEST 12 FEET OF LOT 3 IN BLOCK 1
OF PLEASANT ACRES SUBDIVISION, ACCORDING TO THE
OFFICIAL PLAT THEREOF, FILED IN BOOK 7 OF PLATS AT
PAGE(S) 39 OFFICIAL RECORDS OF TWIN FALLS COUNTY,
IDAHO.

5.      All of that certain parcel of land located at 287 Washington St.,

Twin Falls, Twin Falls County, Idaho, being parcel number

RPT1401000019A, and more particularly described as:

A PORTION OF LOT 19, DELONG ADDITION, TWIN FALLS
COUNTY, IDAHO, ACCORDING TO THE OFFICIAL PLAT
THEREOF RECORDED IN BOOK 1 OF PLATS, PAGE 57,
RECORDS OF TWIN FALLS COUNTY, IDAHO, MORE
PARTICULARLY DESCRIBED AS FOLLOWS:

THE NORTH 175 FEET OF THE EAST 100 FEET OF SAID LOT 19;

EXCEPT THE NORTH 25 FEET FOR ROAD RIGHT-OF-WAY
PURPOSES;

AND EXCEPT A PORTION OF SAID LOT 19 FOR ROAD
RIGHT-OF-WAY PURPOSES BEING MORE PARTICULARLY

PRELIMINARY ORDER OF FORFEITURE - 10

DESCRIBED AS FOLLOWS:

THENCE SOUTH 00º00'00" EAST 25.02 FEET TO THE REAL
POINT OF BEGINNING;

THENCE SOUTH 00º00'00" EAST 150.02 FEET ALONG THE
EAST BOUNDARY OF SAID LOT 19;

THENCE NORTH 87º20'20" WEST 13.68 FEET ALONG THE
SOUTH BOUNDARY OF THE NORTH 175 FEET OF THE EAST
100 FEET OF SAID LOT 19;

THENCE 00º00'00" EAST 90.92 FEET ALONG A LINE
PARALLEL WITH THE EAST BOUNDARY OF SAID LOT 19;

THENCE NORTH 13º08'05" WEST 38.34 FEET;

THENCE NORTH 44º26'39" WEST 16.56 FEET;

THENCE ALONG A CURVE TO THE LEFT WITH A RADIUS OF
624.17 FEET, A LENGTH OF 66.15 FEET, A CENTRAL ANGLE OF
06º04'20", A CHORD LENGTH OF 66.12 FEET, AND A CHORD
BEARING OF NORTH 83º 59'19" WEST;

THENCE NORTH 00º00'13" WEST 7.02 FEET ALONG THE WEST
BOUNDARY OF THE NORTH 175 FEET OF THE EAST 100 FEET
OF SAID LOT 19;

THENCE SOUTH 87º20'20" EAST 99.84 FEET ALONG A LINE
PARALLEL WITH THE NORTH BOUNDARY OF THE NORTH
175 FEET OF THE EAST 100 FEET OF SAID LOT 19 TO THE
REAL POINT OF BEGINNING.

B.    Bank Accounts/Investment Accounts/Management Accounts or

Proceeds Therefrom (or any funds traceable thereto):

PRELIMINARY ORDER OF FORFEITURE - 11

1.    Accounts held at WELLS FARGO BANK:

Account No. xxxxxxxxxx2135
Owner: A&J Distribution

Account No. xxxxxx7681
Owner: All State Auto Sales

Account No. xxxxxx8563
Owner: Yes Auto Sales

Account No. xxxxxx2633
Owner: Sterylinq

Safe Deposit Box
Addison Branch, Twin Falls, Idaho

2.    Accounts held at BANK OF AMERICA:

Account Nos. xxxxxxxxxxx0134
                      xxxxxxxxxxx0150
Owner: A&J Distribution

3.    Accounts held at FIRST FEDERAL SAVINGS BANK:

Account No. x-xxx8915
Owner: Allen and Stephanie Nagel

Account No. xxxx1503
Owner: Fat Ratt Tattoo & Body Piercing

Account No. xxxx2781
Owner: Smoke-N-Head, Inc.

C.    Conveyances:   All right, title and interest in the following

conveyances:

PRELIMINARY ORDER OF FORFEITURE - 12

1. 2007 Chrysler 300C
   VIN: 2C3KA63H97H854456
   Registered Owner: In Possession of Allen Nagel

2. 1977 Ford F250 Pickup
   VIN: F26SCY72440
   Registered Owner: In Possession of Allen Nagel

3. 2006 Big Dog K-9 Cruisers Custom Motorcycle
   VIN: 5J11YBJ186W001600
   Registered Owner: In Possession of Allen Nagel

4. 2005 Hummer H2
   VIN: 5GRGN23U65H124792
   Registered Owner: In Possession of Allen Nagel

5. Proceeds in the approximate amount of $2,636.76
   from the sale of 2013 Infiniti JX35
   VIN: 5N1AL0MMXDC305742
   Registered Owners: Joshua Becker and Shyloh Becker

6. 2006 Infiniti G35 Coupe
   VIN: JNKCV54E56M715003
   Owner: Joshua Becker

D.   Personal Property:

1.   Any and All Assorted Seized Drug Paraphernalia and Equipment,

     including:

     a.   Approximately five (5) boxes drug paraphernalia - seized
          from the business known as A& J Distribution (Becker),
          located at 15757 SW 74th Avenue, Tigard, Oregon

     b.   Approximately seventy-nine (79) boxes drug paraphernalia –
          seized from the business known as Fat Ratt Tattoo & Body

PRELIMINARY ORDER OF FORFEITURE - 13

Piercing, Inc. (Nagel), dba Fat Ratt Tattoo, located at 1440 Blue Lakes Boulevard North, Twin Falls, Idaho

c.   Assorted Equipment: Four (4) Heat Sealers and Mixer - seized from the business known as A & J Distribution (Becker), located at 1321 NE 76th Street, #A, Vancouver, Washington

d.   Approximately one (1) box drug paraphernalia – seized from the business known as Darkside Glass Blowers (Cserepes), located at 2487 Kimberly Road, Suite H, Twin Falls, Idaho

e.   Approximately two (2) boxes drug paraphernalia – seized from the business known as The Smoke-N-Head, located at 287 Washington Street North, Twin Falls, Idaho.

f.   Approximately six (6) boxes of e-cigarettes – seized from A&J Distribution

g.   Approximately two (2) boxes of e-cigarette refills – seized from A&J Distribution

2.   Seized Currency – approximate amounts:

a.   $3,153.00 seized currency from Smoke-N-Head

b.   $4,745.82 seized currency from Fat Ratt Tattoo & Body Piercing

c.   $283.30 seized from Bank of America, Acct. No. xxxxxxxxxxxx0150, Owner: A&J Distribution (Becker)

d.   $203,464.91 seized from Bank of America, Acct. No. xxxxxxxxxxxx0134, Owner: A&J Distribution (Becker)

E.   Substitute Assets:   Upon a showing that any of the properties and

PRELIMINARY ORDER OF FORFEITURE - 14

interests described above as being subject to forfeiture, as a result of any action or omission of the defendant above named:

1.      Cannot be located upon the exercise of due diligence;

2.      Has been transferred or sold to, or deposited with, a third person;

3.      Has been placed beyond the jurisdiction of the court;

4.      Has been substantially diminished in value; or

5.      Has been commingled with other property which cannot be subdivided without difficulty; the United States shall be authorized, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the said defendant up to the value of the forfeitable properties and interest herein.

The Court has determined, based on the guilty plea to Count Two of the Second Superseding Indictment, as set out in the defendant's plea agreement, that the above property is subject to forfeiture pursuant to 21 U.S.C. § 853(a)(1) and (2), and that the United States has established the requisite nexus between such property and such offense.

The United States Attorney General (or a designee) is authorized to seize the above property, whether held by the defendant or by a third party, in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

The United States is further authorized, pursuant to Fed. R. Crim. P. 32(b)(3)

PRELIMINARY ORDER OF FORFEITURE - 15

and 32.2(c)(1)(B), to conduct any discovery, including depositions, necessary to (1) identify, locate or dispose of the property ordered forfeited herein, any property traceable thereto, or any property that may be forfeited as substitute assets; and (2) to expedite ancillary proceedings related to any third party interests claimed pursuant to Section 853(n) herein. Such discovery shall be in accordance with the Federal Rules of Civil Procedure.

The United States Attorney General (or a designee) is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order.

The United States shall publish on an official government internet site (http://www.forfeiture.gov) for at least thirty (30) consecutive days, notice of the order and its intent to dispose of the property in such a manner as the United States Attorney General (or a designee) may direct, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and Federal Rule of Criminal Procedure 32.2(b)(6)(C). The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the Subject Property.

Any person, other than the above-named defendant, asserting a legal interest in the Subject Property may, within sixty (60) days of the first publication date of the

PRELIMINARY ORDER OF FORFEITURE - 16

notice or within thirty (30) days of receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his alleged interest in the Subject Property, and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n)(6), and made applicable pursuant to 28 U.S.C. § 2461(c).

Any petition filed by a third party asserting an interest in the Subject Property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim and the relief sought.

After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

The United States shall have clear title to the Subject Property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in pursuant to 21 U.S.C. § 853(n)(2), and made applicable pursuant to 28 U.S.C. § 2461(c) for the filing of third party petitions.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall be and hereby is final as to the defendant and shall be made part of his sentence

PRELIMINARY ORDER OF FORFEITURE - 17

and included in the judgment at the time of sentencing.

This Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

DATED: October 4, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court

PRELIMINARY ORDER OF FORFEITURE - 18